RECEIVED

JUN 1 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **KENNETH FRANCIS** | **CIVIL ACTION NO. 13-2457-P** |
| **VERSUS** | **JUDGE STAGG** |
| **LONNIE NAIL, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that Plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** for being frivolous and for failing to state a claim upon which relief may be granted under 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 11th day of June 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE